AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>The residence located at 195 CURRIER DR, Apartment<br>B, Columbus, Ohio, 43207 including curtilage. | )<br>)<br>)<br>)<br>)<br>) |

Case No.  2:23-mj-675

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

located in the _____Southern_____ District of _____Ohio_____ , there is now concealed *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC §§  922(g)(1) | Felon in possession of a firearm |

The application is based on these facts:
SEE ATTACHED AFFIDAVIT INCORPORATED HEREIN BY REFERENCE

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Jeffrey Kasza*
*Applicant's signature*

Jeffrey Kasza, ATF TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means).*

Date:  December 6, 2023

City and state:  Columbus, Ohio

Kimberly A. Jolson
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN THE MATTER OF THE SEARCH OF:**
**The residence located at 195 Currier Dr,**
**Apartment B, Columbus, Ohio, 43207,**
**including curtilage.**

Case No. 2:23-mj-675

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, **Jeffrey Kasza**, being first duly sworn, hereby depose and state as follows:

## I.INTRODUCTION AND BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal Rules

of Criminal Procedure for a warrant to search the premises known as **195 Currier Dr., Apartment**

**B,** Columbus, Ohio 43207, "**SUBJECT PREMISES**" further described in Attachment A, for the

things described in Attachment B.

2.      I am a Columbus, Ohio Division of Police (CPD) detective assigned as a Task Force

Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been

employed by the Columbus Division of Police since 2004.  My responsibilities as a Task Force Officer

include the investigation of violent criminal street gangs, narcotics and firearms traffickers, money

launderers, and firearms-related crimes. I have participated in the execution of search warrants and

arrests related to the above-referenced offenses. By virtue of my experience and training, I am familiar

with residential search warrants. Throughout this Affidavit, reference to "investigators" specifically

refers to criminal investigators.   As part of my duties as an ATF TFO, I investigate criminal

1

violations relating to federal firearms offenses, including the unlawful possession of firearms and ammunition by individuals who have been convicted in any court, of a crime punishable by imprisonment for a term exceeding one year. I have participated in numerous investigations of criminal violations relating to illegal firearms possession, firearms trafficking and shooting investigations.

3. Pursuant to 18 U.S.C. § 3051, I am empowered to enforce criminal laws of the United States. As result of my training and experience, I am familiar with federal laws including 18 U.S.C. § 922(g)(1), which states: "It shall be unlawful for any person who has been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce."

4. I know based on my training and experience that individuals who possess firearm and ammunition often possess other items commonly used or acquired in connection with the possession of firearms and ammunition. Some of these items include, but are not limited to, other firearms, firearm parts, additional ammunition, firearm receipts, firearms brochures or owner's manuals, records of sale or acquisition of firearms, firearms magazines, and holsters.

5. I know based on my training and experience that individuals who possess firearms and ammunition as felons or otherwise, often store those firearms and ammunition in their homes or cars, so that the firearms and ammunition are easily accessible. I also know that firearms are durable and non-perishable goods, which can be expected to remain in the individual's possession for extended periods of time.

6.     I know based on my training and experience that individuals who possess firearms and ammunition frequently utilize cell phones to take photographs and videos of themselves in possession of firearms and ammunition.  These same individuals also utilize cellphones, to include calls, texts, and social media applications, to arrange the purchase and sale of firearms, ammunition, and/or accessories.

7.     I also know based on my training and experience that "cell phones and the services they provide are 'such a pervasive and insistent part of daily life' that carrying one is indispensable to participation in modern society." *Carpenter v. United States*, 138 S. Ct. 2206, 2220 (citing *Riley v. California*, 573 U. S., at ___, 134 S. Ct. 2473, 2484 (2014)).

8.     The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

9.     Based on the facts set forth in this affidavit, there is probable cause to believe that Larry JEWELL (White Male, DOB: 7/17/1986), a convicted felon, did knowingly and intentionally possess a firearm and ammunition which traveled in and affected interstate commerce, in violation 18 U.S.C. § 922(g)(1).  Furthermore, there is also probable cause to search the **SUBJECT PREMISES**, located at 195 Currier Dr., Apartment B, Columbus, Ohio, 43207 for evidence, instrumentalities, or fruits of these crimes as further described in Attachment A.

## II.     PROBABLE CAUSE

10.     On September 8, 2023, Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) Crime Intelligence Center (CGIC) Columbus Police Department (CPD) Task Force Officer (TFO) Jeff Kasza received information from a Confidential Source (CS) who stated that he/she had

information about a shooting. This CS has supplied TFO Kasza with credible criminal information in the past that has led to numerous search warrants and felony charges on multiple individuals.

11. The CS stated that he/she had recently spoken with a "violent narcotics and firearms trafficker" named Larry JEWELL. Per the CS, JEWELL stated that on August 29, 2023, at approximately 5:00 am, he fired gunshots into 319 E. INNIS AVE. JEWELL stated he was targeting Christina BROWN and her crew out of a dispute. JEWELL stated that BROWN was selling narcotics out of 319 E. Innis Ave and knew she would not call the police to report the shooting. Larry JEWELL is further identified as follows: Larry L. JEWELL, White/ Male, 6'5" / 190 lbs, FBI# 335913ED7.

12. The CS stated JEWELL is a large-scale narcotics trafficker who operates his narcotics business on the south side of Columbus, Ohio. The CS stated that he/she had witnessed JEWELL with large amounts of narcotics and numerous firearms on many occasions. The CS stated that JEWELL is a Konvicted Family gang member and brags about violent acts that he had committed in the past. The CS stated that JEWELL constantly posts firearms and large amounts of U.S. currency on his Facebook page, "Herekome TrouBble". The CS stated that JEWELL sells and purchases firearms and will also trade narcotics for firearms.

13. TFO Kasza performed a records check on the CPD Patrolview reporting system and found a ShotSpotter run that was reported on August 29, 2023, at 5:41 am in the area of 310 E. Innis Ave. The Patrolview run stated that 14 rounds were fired "high capacity" from the middle of the street. CPD Officers responded to the location and located six 5.56 caliber spent shell casings which were collected as evidence (CPD Report 230673517). CPD Officers turned in the spent 5.56 shell casings to the Columbus Police Crime Laboratory where they were entered into the National Intergraded Ballistics Information Network (NIBIN), NIBIN Case # CPCL-2023-5644A.

14.     TFO Kasza conducted a Facebook search of "Herekome TrouBble" and found a page that showed JEWELL listed as the profile picture.

15.     On August 31, 2023, at approximately 2:02 pm, JEWELL posted a Live video on his Facebook page. TFO Kasza watched the video and could see JEWELL handling multiple firearms. One of the firearms JEWELL was handling appeared to be an AR style pistol. TFO Kasza knows through his training and experience that AR style pistols commonly accept 5.56 caliber live ammunition. TFO Kasza could see JEWELL handling large stacks of U.S. currency. TFO Kasza could also see JEWELL was wearing a gold chain that had a "KF" pendant. TFO Kasza knows through his training and experience that "KF" stands for Konvicted Family, a gang that was started in the prison system.



Screenshot of Facebook live- JEWELL.

-5-



Screenshot of Facebook live- JEWELL.

16.     TFO Kasza conducted a search of Facebook for Christina BROWN.  TFO Kasza found a Facebook profile in the name "Christina Elizabeth" that showed a picture of Christina BROWN as the profile photo.  TFO Kasza found a post on BROWN's Facebook that talked about the shooting into her home.

17.     On September 14, 2023, TFO Kasza caused a query of the National Crime Information Center (NCIC) relating to JEWELL. On July 19, 2010, JEWELL was convicted of Aggravated Assault, 2903.12 O.R.C.  On February 22, 2013, JEWELL was convicted of Engaging in a Pattern of Corrupt Activity, 2923.32 O.R.C.  On June 8, 2017, JEWELL was convicted of Possession of Drugs, 2925.11 O.R.C.  TFO Kasza recognizes that the aforementioned convictions prohibit JEWELL from possessing firearms pursuant to Title 18 U.S.C. §922(g)(1).  TFO Kasza

also recognizes that JEWELL is prohibited from possessing a firearm pursuant to 2923.13 of the Ohio Revised Code (ORC).

18.      TFO Kasza searched JEWELL's name in the CPD reporting system. TFO Kasza found that on October 17, 2022, CPD Officers were dispatched on a menacing report. CPD Officers arrived at scene and were met by the victim. The victim stated that Larry JEWELL pointed a gun at him and threatened to shoot and kill that victim. The victim stated he believed that his life was in danger and believed that JEWELL was going to shoot him. The victim ran and called the police to report the incident.

19.      On September 14, 2023, TFO Kasza received information from a Confidential Source (CS) who stated that he/she had information about Larry JEWELL. This CS has supplied TFO Kasza with credible criminal information in the past that has led to numerous search warrants and felony charges on multiple individuals. TFO Kasza has verified previous information supplied from this CS to be true.

20.      The CS stated that he/she had recently spoken with JEWELL. The CS stated that JEWELL provided phone number (220) 228-4438 to be his personal cellphone number. The CS stated that JEWELL also utilizes the cellular phone assigned phone number (220) 228-4438 to conduct his narcotics business. The CS stated that JEWELL also utilizes the above listed phone to access JEWELL's Facebook account.

### III.   CONFIDENTIAL SOURCE (CS2)

21.      On September 26, 2023, ATF TFO Kasza received information from a Confidential Source (CS2) who stated that he/she had information about JEWELL. CS2 provided information to TFO Kasza that has been verified by previous information supplied by other investigators and confidential sources of information.

22.    CS2 stated that he/she was inside of 319 E. Innis Ave on August 29, 2023, at approximately 5:40 am when the home was struck by gunfire. CS2 stated that when the incident happened, he/she did not know who was responsible for the shots fired at the location.

23.    On or about September 20, 2023, CS2 stated that he/she was driving on E. Innis Ave when a silver vehicle went around his/her vehicle and began shooting at his/her vehicle. CS2 stated that his/her vehicle got struck by multiple bullets. CS2 stated that he/she did not see who was in the silver vehicle and stated that they were not sure of a make or model of the vehicle. CS2 stated that he/she did not make a police report.

24.    On September 22, 2023, CS2 stated that he/she was driving in a vehicle with a male that goes by the street name of "Big Man" and a male named Jordan. CS2 stated that he/she pulled into the gas station located at S. High St and E. Woodrow Ave. CS2 stated that he/she was followed into the parking lot by a black male that goes by the street name "T". CS2 stated that "T" was driving a beat-up silver vehicle. CS2 stated that "T" exited the silver vehicle and pointed a rifle at the vehicle CS2 was in. CS2 stated that he/she fled the gas station parking lot and went to 319 E. Innis Ave. CS2 stated that "T" showed up in the same silver vehicle a few moments later and began shooting at the house. CS2 stated he/she fled in his/her vehicle during the shooting.

25.    On or about September 23, 2023, CS2 stated that he/she received a phone call from Larry JEWELL. JEWELL told CS2 that he was responsible for the shooting and that he was after "Big Man" and Jordan. CS2 stated that JEWELL made a statement that if CS2 gave JEWELL "Big Man", he would spare Jordan. CS2 stated that "T" sells narcotics for JEWELL and believes that "T" is being directed by JEWELL to kill "Big Man" and Jordan. CS2 stated that he/she is only giving the police this information because he/she believed that JEWELL will not stop until he gets "Big Man" and Jordan.

26.     TFO Kasza searched CPD reports and found that on September 20, 2023, at 11:19 pm there was a ShotSpotter Investigative Lead Summary Report that reported seventeen (17) rounds fired, high capacity in the area of 1762 S. 6th St. (ShotSpotter ID: 616-215518).  CPD Officers responded to the location of the ShotSpotter alert and found fourteen (14) spent ".223R" shell casings in the intersection of E. Innis Ave and S. 6th St.  A resident stated that after he heard the gunshots, he looked out of his window and saw a silver 4 door Honda Civic leaving north on S. 6th St at a high rate of speed.  Officers did not locate any vehicles or structures that were struck by gunfire.  CPD Officers collected the spent shell casings and turned in the spent shell casings to the Columbus Police Property Room.

27.     TFO Kasza searched CPD reports and found that on September 22, 2023, there were two ShotSpotter alerts in the area of 319 E. Innis Ave that came in seconds from each other at 3:23 pm.  One ShotSpotter Investigative Lead Summary reported ten (10) rounds fired, high capacity (ShotSpotter ID: 616-215627) and the second ShotSpotter Investigative Lead Summary reported five (5) rounds fired (ShotSpotter ID: 616-215628).  CPD Officers responded to the location of the ShotSpotter alerts and found multiple locations had been struck by gunfire.  Investigators believe that two parties were shooting at each other.  CPD Crime Scene Search Unit responded and collected spent casings from the incident which were turned into the Columbus Police Property Room.  A male named Jordan LORING, DOB 6/6/2003 was found to be at scene.

28.     TFO Kasza conducted a search of The NIBIN Enforcement Support System (NESS) and found that there was a NIBIN association made between the shooting that occurred on September 20, 2023, at the intersection of E. Innis Ave and S. 6th St. and the shooting that occurred on September 22, 2023, in the area of 319 E. Innis Ave. ".223R" caliber spent shell casings were

recovered at both locations. A NIBIN analysis of the two locations indicates a strong likelihood that they were discharged by the same .223 caliber firearm.

29.     TFO Kasza is familiar with a juvenile male that goes by the street name of "Big Man" who CS2 is referring to.

### IV.     CPD ARREST- JEWELL

30.     On November 9, 2023, at approximately 3:11 pm, Columbus Police Officers were working routine patrol in the area Parsons Ave and E Morrill Ave. Officers observed a brown Cadillac SRX (bearing OH Tag HJN7886) parked near the intersection of E Morrill Ave and Lisle Alley.

31.     Officers observed JEWELL make eye contact with officers and walk towards the stated vehicle. Officers then observed JEWELL open the rear passenger-side door, reach towards his waistband, and reach inside the vehicle and onto the rear passenger-side floorboard. Officers observed JEWELL then close the rear passenger-side door and distance himself from the vehicle. Officers observed a female, in the front passenger seat, and later positively identified her, via CPD Mugshots ID # 61749C, as Ashli CLARK.

32.     Officers approached the stated vehicle and observed a handgun, with a loaded extended magazine, in plain view on the rear passenger side floorboard. Officers detained JEWELL and CLARK.

33.     Officers recovered a Glock 45, 9mm from the rear passenger-side floorboard. Officers removed the loaded extended magazine and recovered thirty-one (31) live 9mm rounds from the magazine. Officers discovered one (1) additional live 9mm round in the chamber of the recovered Glock 45. Officers observed three (3) separate serial numbers located on the firearm: BLPX824, BXPV303, and BXZH913.

34.     CPD Records advised officers that CLARK had misdemeanor warrants for her arrest (Case # 21CRB5651 for Drug Abuse Instruments, and Case # 20TRD14419 for No Operator's License and Fail to Control).

35.     Officers told JEWELL he was under arrest for Having Weapons while Under Disability. Officers searched JEWELL, incident to arrest, and observed that JEWELL was wearing a camouflage Kevlar vest. JEWELL made an unsolicited comment that he was wearing the Kevlar vest in fear of being shot. Officers contacted CPD Gun Crimes Detective W. Hettinger #1834 who advised Officers to transport JEWELL and CLARK to CPD Headquarters to be processed and interviewed.

36.     The tag attached to the stated Cadillac returned, in LEADS, to a Hyundai. Due to the stated vehicle failing to display tags that properly return to the vehicle, Officers completed a parking citation (Parking Infraction 55 97370254) and arranged for the stated vehicle to be impounded to the City Impounded Lot for safe keeping. The vehicle identification number of the 2011 brown Cadillac SRX was 3GYFNAEY5BS675641.

37.     CPD Gun Crimes Detective Hettinger read CLARK her Constitutional Rights and CLARK agreed to speak with Detective Hettinger. During the interview, CLARK made statements that JEWELL has a storage unit and herself and JEWELL were in the process of taking the rest of JEWELL's property to the storage unit. CLARK stated that she had never been to JEWELL's storage unit and did not know where it was located. CLARK stated that JEWELL moved out of his current home and put his property at a storage unit.

38.     CPD Gun Crimes Detective Hettinger read JEWELL his Constitutional Rights and JEWELL agreed to speak with Detective Hettinger. JEWELL stated that he had been shot in the leg a few months prior. JEWELL stated that he was in the process of moving and the vehicle he

-11-

was driving is filled with his stuff. JEWELL stated he was taking his stuff to storage. JEWELL stated that he was wearing the bulletproof vest because he is "beefing" with some young kids that shot up his house. JEWELL stated that he had some Glock magazines for a 10mm handgun and live ammunition in the Cadillac. JEWELL stated that the police did not take the ammo or 10mm Glock magazine and stated that they were his. JEWELL stated that he bought the bulletproof vest, 10mm Glock magazine and live ammunition from the Westland Gun Show.

39.    Officers submitted the recovered firearm, magazines, live ammunition, and Kevlar vest to the CPD Property Room as evidence.

## V.    EXECUTION OF STATE SEARCH WARRANT- EXTRA SPACE STORAGE

40.    On November 14, 2023, at approximately 9:30 am, TFO Hill and ATF SA Matt Behnfeldt arrived at Extra Space Storage located at 2087 S. Hamilton Rd. TFO Hill served Extra Space Storage with a state subpoena to obtain the current rental agreement for unit number 248. Extra Space Storage provided TFO Hill with the rental agreement for the unit. Unit 248 was rented in the name of Jonathan McCrary with a listed address of 484 Goshen Ct, Gahanna, Ohio. The listed emergency contact is listed as Ashli JEWELL with a contact number of 614-246-1609. On November 9, 2023, Ashli CLARK listed her home address as 484 Goshen Ct, Gahanna, Ohio and her phone number as 614-246-1609 when she was arrested by the Columbus Police Department. Extra Space Storage also confirmed that the gate code number 2481609 enter is specific to unit number 248. That gate code matches the gate code card that was located in the 2011 Cadillac SRX during the search warrant on November 13, 2023.

41.    At approximately 9:45 am, TFO Kasza presented a state search warrant to Franklin County Municipal Court Judge Mike McAllister. At approximately 10:03 am, Judge McAllister found probable cause and signed the state search warrant provided by TFO Kasza. At

approximately 10:05 am, ATF Investigators arrived at Extra Space Storage, Unit number 248, 2087 S. Hamilton Rd, Columbus, Ohio, to execute the above search warrant.

42.     ATF Investigators located a Masterpiece Arms, Defender 9mm pistol, SN: FX35841 with one live round in the chamber and an extended magazine that contained 17 live 9mm rounds. ATF Investigators located a second Masterpiece Arms, Defender 9mm pistol, SN: FX28141. Investigators also located a green Crown Royal bag full of live ammunition. Investigators counted 34 live rounds of miscellaneous ammunition and one box of TULAMMO .223 live ammunition (20 live rounds). The box of TULAMMO matches the three boxes of TULAMMO .223 ammunition that was recovered out of JEWELL's Cadillac during the vehicle search warrant on November 13, 2023.

43.     TFO Kasza reviewed NIBIN Enforcement Support System (NESS) Crime Gun 773-23-005390. The recovered Masterpiece Arms, SN: FX35841 had a NIBIN association to a Toledo Police Department assault case that occurred on August 5, 2015.

## VI.    ATF CI CONTACT- JEWELL

44.     On November 17, 2023, ATF SA Benner received information from an ATF Confidential Informant (CI) who stated that he/she had information about JEWELL. This CI has supplied Investigators with credible criminal information in the past that has led to search warrants and felony charges on multiple individuals.

45.     The CI stated that he/she was contacted by Larry JEWELL via a Facebook video call. JEWELL provided the CI with phone number 614-246-1609 as his contact phone number. The CI then spoke to JEWELL on the phone. JEWELL told the CI that he had Methamphetamine for sale. JEWELL stated to the CI that he could sell him up to a pound of Methamphetamine at a time. TFO Kasza recognized that the phone number, 614-246-1609, that was provided by JEWELL

matches the phone number that was listed as the emergency contact phone number on the Extra Space Storage Unit 248 (ROI # 15).

### VII. EXECUTION OF STATE SEARCH WARRANT- VERIZON

46. On November 20, 2023, ATF TFO Kasza obtained and executed a state search warrant for information associated with the cellular telephone assigned call number (220) 228-4438, believed to be utilized by Larry JEWELL.

47. TFO Kasza presented a state search warrant to Franklin County Court of Common Pleas Judge Carl Aveni. At approximately 3:45 pm, Judge Aveni found probable cause and signed the state search warrant provided by TFO Kasza. At approximately 4:18 pm, TFO Kasza served the above-listed search warrant to Verizon, utilizing Verizon's company email.

48. On November 20, 2023, at approximately 5:11 pm, ATF Investigators began receiving Global Positioning System (GPS) coordinates relating to the cellular device assigned call number (220) 228-4438.

### VIII. SURVEILLANCE OF JEWELL PING DATA

49. On November 21, 2023, at approximately 9:20 am, TFO Kasza located JEWELL's 2011 Cadillac SRX, Ohio License Plate KFG9125 via JEWELL's Cell Phone Ping location data. JEWELL's Cadillac was parked in the area of 195 CURRIER DR.

50. At approximately 1:03 pm, TFO Wright witnessed Ashli CLARK exit apartment building 195 CURRIER DR, Columbus, Ohio. CLARK got into the 2011 Cadillac and drove out of the area. At approximately 1:15 pm, CLARK pulled the Cadillac onto MARKHAM DR.

51. At approximately 1:16 pm, TFO Wright witnessed Larry JEWELL exit apartment building 195 CURRIER DR, Apartment B, and walk up to the 2011 Cadillac. CLARK exited the vehicle and JEWELL got into the front driver's seat. JEWELL parked the Cadillac for CLARK

-14-

and then exited the vehicle. At approximately 1:20 pm, TFO Wright witnessed JEWELL and CLARK walk back into 195 CURRIER DR. Apartment B.

## IX.      CS CONTACT- JEWELL- 870 ALLISON DR

52.      ATF TFO Kasza received information from a CS who stated that he/she had information about JEWELL. This CS has supplied TFO Kasza with credible criminal information in the past that has led to numerous search warrants and felony charges on multiple individuals. TFO Kasza has verified previous information supplied from this CS to be true.

53.      On November 25, 2023, at approximately 7:00 pm, the CS stated that he/she was in the area of 870 ALLISON DR, Columbus, Ohio, 43207. The CS stated that he/she witnessed a brown Cadillac SUV pull into and park in the driveway of 870 ALLISON DR. The CS stated that he/she knew the brown Cadillac to be JEWELL's vehicle and had seen JEWELL in the Cadillac on numerous previous occasions. The CS stated that he/she approached the Cadillac and could see that an unknown male black was the driver and JEWELL was the front seat passenger. The CS stated that JEWELL had a large black rifle at his feet in the brown Cadillac. The CS stated that JEWELL made a comment that people were trying to kill him and that is why he had his rifle. The CS stated that the unknown male black driver entered and exited 870 ALLISON DR and then the drove off approximately 2 minutes after they arrived.

54.      TFO Kasza searched JEWELL's Cell Phone Ping location data and saw that on November 25, 2023, at approximately 7:37 pm, JEWELL's Cell Phone Ping location arrived in the area of 195 CURRIER DR.

## X.      SURVEILLANCE OF 195 CURRIER DR- APARTMENT B- JEWELL

55.      On November 27, 2023, TFO Kasza and TFO Wright conducted surveillance of 195 CURRIER DR a residence known to be utilized by JEWELL.

-15-

56.     At approximately 6:54 pm, TFO Kasza witnessed JEWELL exit the rear door of 195 CURRIER DR, Apartment B.  JEWELL got into the front driver's seat of a 2010 silver Chevrolet Cobalt, Ohio License Plate JTW3953 that was parked on CURRIER DR. JEWELL drove off eastbound.

57.     At approximately 7:05 pm, JEWELL pulled back up to 195 CURRIER DR and parked in the street close to the above address.  JEWELL got out of the 2010 Chevy holding what appeared to be a large bag of carryout food. JEWELL walked to the rear door of 195 CURRIER DR and went into Apartment B.  JEWELL did not knock and walked directly into the apartment.

58.     TFO Kasza checked JEWELL's Cell Phone Ping location via Geotime live and saw that at approximately 7:07 pm, JEWELL's Cell Phone Ping location was in the area of 195 CURRIER DR.

59.     TFO Kasza ran the Ohio License Plate JTW3953 on Ohio Law Enforcement Gateway (OHLEG).  The Ohio License Place came back registered to a 2010 silver Chevrolet Cobalt.  The listed owner of the Chevrolet was a male named Raymond CLARK, with a listed address of 195 CURRIER DR, Apartment B.

60.     At approximately 7:50 pm, TFO Kasza witnessed Ashli CLARK and Larry JEWELL exit the rear door to 195 CURRIER DR, Apartment B.  TFO Kasza witnessed what appeared to be JEWELL locking the door after he exited the apartment.  CLARK and JEWELL walked to JEWELL's 2010 Cadillac, Ohio License Plate KFG9125 which was parked on CURRIER DR.  CLARK got into the front driver's seat and JEWELL got into the front passenger's seat.

61.     At approximately 7:51 pm, CLARK and JEWELL drove off eastbound on CURRIER DR.  TFO Wright followed CLARK and JEWELL as they pulled into a parking lot at the corner of S. High St and Southgate Dr.  CLARK and JEWELL entered a convenience store at

this location. At approximately 8:00 pm CLARK and JEWELL arrived back at 195 CURRIER DR and parked on the street. CLARK and JEWELL sat in their vehicle until approximately 8:12 pm when they both exited their vehicle and began walking to the rear of 195 CURRIER DR. TFO Kasza witnessed JEWELL walk up to 195 CURRIER DR, Apartment B and appeared to use a key to unlock the door. JEWELL and CLARK then entered the apartment.

62.     TFO Kasza checked JEWELL's Cell Phone Ping location via Geotime live and saw that at approximately 8:07 pm, JEWELL's Cell Phone Ping location was in the area of 195 CURRIER DR.

## XI.    RECEIPT OF INFORMATION- FCSO- JEWELL

63.     On December 4, 2023, TFO Kasza, received information from Franklin County Sheriff's Office (FCSO) Special Investigations Unit (SIU) Sgt. James Jodrey about JEWELL.

64.     FCSO SIU Sgt. Jodrey informed TFO Kasza that on October 17, 2023, he used a covert Facebook account to message JEWELL. Sgt. Jodrey stated he messaged JEWELL on his "Herekome TrouBble" facebook account. Sgt. Jodrey inquired about purchasing a handgun from JEWELL and provided JEWELL with a phone number Sgt. Jodrey could be contacted at. JEWELL called Sgt. Jodrey from phone number (220) 228-4438, and stated that he had a handgun for sale. JEWELL and Sgt. Jodrey set up a time to meet for JEWELL to sell him the handgun. Sgt. Jodrey did not show up on the agreed time and date.

65.     On October 19, 2023, JEWELL called Sgt. Jodrey again and offered him a handgun for sale. Sgt. Jodrey agreed to purchase the handgun from JEWELL, and they set up a meeting for the next day. While Sgt. Jodrey had JEWELL on the phone, he asked JEWELL if he had a rifle for sale. JEWELL stated that his rifle was "his baby", and he was not getting rid of it. Sgt. Jodrey did not show up to meet JEWELL on the agreed time and date.

## XII.    NESS SEARCH- JEWELL

66.     On December 4, 2023, TFO Kasza conducted a records search via ATF NIBIN Enforcement Support System (NESS).   TFO Kasza conducted a records search of the spent .556 caliber shell casings that were recovered on August 29, 2023, at 310 E. INNIS AVE.

67.     TFO Kasza found that on September 14, 2023, CPD Officers responded to a shooting at 501 HOSACK ST.  It was reported that an unknown suspect was driving a small gray SUV and open fire on two victims that were seated in a vehicle.  One of the victims were struck by the gunfire.  CPD Investigators recovered spent .556 caliber shell casings from the scene.

68.     A NIBIN association was made between a shooting that occurred on September 14, 2023, at 501 HOSACK ST to the shots fired on August 29, 2023, at 310 E. Innis Ave, where JEWELL was listed as a suspect.  A NIBIN analysis of the two locations indicates a strong likelihood that they were discharged by the same .556 caliber firearm.

## XIII.    HISTORICAL CELL PHONE DATA POINTS

69.     ATF CGIC Intelligence Research Specialist Lori Speaks reviewed JEWELL's Cell Phone location data via Pen Link (PLX).  Between the dates of November 9, 2023, and December 5, 2023, JEWELL's Cell Phone location data was recorded 1278 times in the area of 195 CURRIER DR, Apt B.

## XIV.    SURVEILLANCE OF 195 CURRIER DR- JEWELL

70.     On December 6, 2023, TFO Kasza conducted surveillance of 195 CURRIER DR, Apartment B, a residence known to be utilized by JEWELL.

71.     At approximately 3:50 pm, TFO Kasza witnessed JEWELL exits 195 CURRIER DR, Apartment B.  JEWELL got into the front driver's seat of a blue GMC Yukon XL, Ohio License Plate JXK1862.  TFO Kasza ran the license plate on OHLEG and the plate came back registered to

a 2003 Hyundai sedan. At approximately 3:52 pm, CLARK exited 195 CURRIER DR. Apartment B and walked to meet up with JEWELL. JEWELL exited the GMC and stood with CLARK. At approximately 3:55 pm, a school bus pulled up and dropped off a young child. The young child met up with CLARK and JEWELL and they all walked into 195 CURRIER DR, Apartment B.

72. At approximately 3:58 pm, JEWELL exited 195 CURRRIER DR, Apartment B and got back into the blue GMC Yukon XL. At approximately 4:05 pm, JEWELL left the area and pulled into the Wendy's drive thru located at 3545 S. High St. At approximately 4:26 pm, JEWELL arrived back and parked on the street in front of 195 CURRIER DR. At approximately 4:34 pm, JEWELL exited the blue GMC Yukon XL and entered 195 CURRIER DR, Apartment B.

## XV.  CONCLUSION

73. Based on the totality of the facts and circumstances described above, Your affiant respectfully submits that probable cause exists that JEWELL, a convicted felon, did knowingly and intentionally possess a firearm and ammunition, said firearm and ammunition having travelled in interstate commerce, in violation of Title 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm or Ammunition). Furthermore, your affiant respectfully submits that probable cause exists that evidence of 18 U.S.C. § 922(g)(1), including items listed in Attachment B, will be found at the **SUBJECT PREMISES, 195 Currier Dr., Apartment B**.

Respectfully submitted,

*Jeffrey Kasza*

Jeffrey Kasza, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Kimberly A. Jolson
United States Magistrate Judge

December 6, 2023

## ATTACHMENT A
### Place(s) to be searched

195 CURRIER DR, Columbus Ohio 43207, Apartment B, and the surrounding curtilage. A two-story red brick apartment building, Apartment B being the first floor, north apartment. The address numbers "195" are listed above the west common apartment door. Apartment door "B" is located inside and north of the apartment common door. Letter "B" is listed on the apartment door.







**Attachment B**
**Items to be seized**

1. Firearms and ammunition to be held in violation of Title 18 U.S.C. § 922(g)(1).

2. Firearm parts, accessories, and items commonly used or associated with the possession of firearms, including conversion devices, ammunition, firearm magazines, and holsters.

3. Documents related to the purchases or transfer of firearms and ammunition.

4. Devices used to communicate with other individuals, including all stored electronic data on a cellular telephone assigned call number (220) 228-4438 and a cellular telephone assigned call number (614) 246-1609.

5. Items of identification and records that establish dominion and control of the premises, including, state identification, residence keys, mail, envelopes, receipts for rent, bills, and photographs.

2